AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | )  |
|---|---|
| v. | ) Case No. CR-22-00954-001-TUC-JCH (MAA) |
| Shantelle Lee Velarde | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Shantelle Lee Velarde,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: May 23, 2025

_____
Issuing officer's signature

City and state: Tucson, Arizona

Danielle Scumaci-Vroegh, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

cc: USM, AUSA, PROB

Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

FILED ☒   LODGED ☐
May 23 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Name of Offender: | **Shantelle Lee Velarde**     Case No.: **CR-22-00954-001-TUC-JCH (MAA)** |
| Name of Judicial Officer: | **The Honorable John C. Hinderaker**<br>**United States District Judge** |

**T-SEALED**

Date of Original Sentence: **1/16/2025**

Original Offense: **Count 2: Transportation of Illegal Aliens for Profit, 8 U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), a Class C Felony**

Original Sentence: **24 months Bureau of Prisons, 36 months supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **4/22/2025**
Date Supervision Expires: **4/21/2028**

Assistant U.S. Attorney: **Christine Anne Melton**     Defense Attorney: **David A. Aguilar**
**520-620-7416**                                                                      **520-628-8963**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Shantelle Lee Velarde has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On April 29, 2025, Velarde unlawfully used opioids as evidenced by West Wendover Police Department (Nevada) report for case 25WP03263. Grade C violation. §7B1.1(a)(3) |
| B | **Standard Condition #1** which states, You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>Velarde was released from imprisonment on April 23, 2025, but did not report to the probation office until April 30, 2025. This is evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3) |

CC: USM, AUSA, PROB

Page 2
RE:  Shantelle Lee Velarde
Petition to Revoke Supervised Release
May 19, 2025

C   **Standard Condition #3** which states, You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

On April 29, 2025, Velarde traveled to the District of Nevada without permission from the Court or a probation officer. This is evidenced by West Wendover Police Department (Nevada) report for case 25WP03263 and probation officer testimony. Grade C violation. §7B1.1(a)(3)

D   **Standard Condition #4** which states, You must answer truthfully the questions asked by your probation officer.

On April 29, 2025, when asked the reason she left the federal judicial district of her approved residence, Velarde told the probation officer she traveled to Nevada to help her sister who had overdosed on opioids. Her statement was not truthful as evidenced by West Wendover Police Department (Nevada) report for case 25WP03263 and probation officer testimony. Grade C violation. §7B1.1(a)(3)

E   **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

On May 14, 2025, the probation officer received information Velarde no longer lives at her approved residence. Velarde failed to notify the probation officer of the change in residence and her whereabouts are unknown. This is evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3)

Page 3
RE: Shantelle Lee Velarde
Petition to Revoke Supervised Release
May 19, 2025

**U.S. Probation Officer Recommendation and Justification**

Shantelle Lee Velarde has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Shantelle Lee Velarde's whereabouts are unknown.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____     5/19/2025
Scott M. Martinson                                Date
Intensive Supervision Specialist
Office: 520-205-4469
Cell: 520-400-2704

_____     5/19/2025
Jeremy W. Byrd                                      Date
Supervisory U.S. Probation Officer
Office: 520-205-4548
Cell: 520-528-1160

The Court Orders

☐ No Action
☑ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____     5/23/2025
The Honorable John C. Hinderaker      Date
United States District Judge